UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **07-23205-CIV-MORENO**

BRIGITTE ESPINOZA UGAZ,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., and MIAMI-DADE COUNTY d/b/a MIAMI INTERNATIONAL AIRPORT,

    Defendants.
_____/



## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgement on **September 4, 2008**, judgment is entered in favor of the Defendants AMERICAN AIRLINES, INC., and MIAMI-DADE COUNTY d/b/a MIAMI INTERNATIONAL AIRPORT and against Plaintiff BRIGITTE ESPINOZA UGAZ.  Further, it is

**ORDERED** that all pending motions are **DENIED** as moot.  This case is **CLOSED**.

DONE AND ORDERED in Open Court at Miami, Florida, this 4th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record